1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10
11  GARY ALEX CHAVIRA, SR.,
12          Plaintiff,
13      vs.
14  CENTRAL MORTGAGE COMPANY, a
    California corporation, ARGENT
15  MORTGAGE COMPANY, LLC, a
    California LLC, SELECT PORTFOLIO
16  SERVICING, INC., a California
    Corporation, and DOES 1 - 10, Inclusive,
17
18          Defendants.
    _____
19

) Case No. CV 09-0276 ODW (PJWx)
)
)
) ORDER GRANTING DEFENDANT
) CENTRAL MORTGAGE
) COMPANY'S MOTION TO
) DISMISS PURSUANT TO
) FEDERAL RULE OF CIVIL
) PROCEDURE 12(b)(6) [8]
)
)
)
)
)
)
)
)
)

20
21
22  ///
23  ///
24  ///
25
26
27
28

Defendant Central Mortgage Company's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) was taken under submission by this Court on March 11, 2009. Plaintiff did not oppose Defendant's Motion. *See* L.R. 7-12. Accordingly, and for those reasons discussed in Defendant's papers, the Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED:     March 12, 2009

_____
Hon. Otis D. Wright II
United States District Judge

2